# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 19-61091MP |
| vs. | Citizenship: GUATEMALA |
| Vicente Ramiro De La Cruz-Morente | DOA: 04/30/2019 |
| YOB: 1993 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about April 30, 2019, near San Luis, Arizona in the District of Arizona, Defendant Vicente Ramiro DE LA CRUZ-Morente, an alien, did knowingly and willfully attempt to enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant admitted to presenting a fraudulent document claiming to pose as part of a family unit in order to receive immigration benefits. Illegal Aliens frequently use false or altered documents to defraud the U.S. Government in order to receive undue immigration benefits, avoid prosecution, and be released into the United States in an expedited manner. The Defendant last attempted to enter the United States illegally without inspection near San Luis, Arizona on April 30, 2019. To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Danitza Medina, Roger Keller Jr., Ricardo Corona, Lucas Barrera and Jose Ventura. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Foster Ashley and Robert Mahoney.

File Date: 05/06/2019                             at Yuma, Arizona

Stephen M. Seward, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/06/2019

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: KTWTVE5KC

Magistrate Information Sheet

Complaint: Vicente Ramiro De La Cruz-Morente

Criminal History: NONE

Immigration History: NONE